HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Sean D. McHenry (SBN 284175)
smchenry@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
tel (415) 766-3539
fax (415) 276-1738

Attorneys for Plaintiff
FRANK HAGLER

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Baldwin J. Lee (SBN 187413)
blee@allenmatkins.com
Alexander Nestor (SBN 202795)
anestor@allenmatkins.com
Allison L. Shrallow (SBN 272924)
ashrallow@allenmatkins.com
3 Embarcadero Center, 12th Floor
San Francisco, CA 94111
tel (415) 837-1515
fax (415) 837-1516

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HAGLER,<br><br>              Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; DAWN FAILS, and DOES 1-25,<br><br>              Defendants. | Case No. 3:17-CV-05770-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT DAWN FAILS**<br><br>Judge: Hon. Jon S. Tigar<br>Dept.: Courtroom 9 – 19th Floor<br><br>Complaint filed: September 5, 2017<br>Removed: October 6, 2017<br>Trial Date: August 19, 2019 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Frank Hagler and Defendant Wells Fargo Bank, NA, by their undersigned counsel, hereby stipulate to dismiss with prejudice Defendant DAWN FAILS as to all causes of action. No claims shall be dismissed as to the remaining Defendant, WELLS FARGO BANK, NA, at this time.

IT IS SO STIPULATED.

Dated: March 5, 2018

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By: /s/ Alexander Nestor
ALEXANDER NESTOR
Attorneys for Defendant
WELLS FARGO BANK, N.A., AND DAWN FAILS

Dated: March 6, 2018

HOYER & HICKS

By: /s/ Sean McHenry
SEAN D. MCHENRY
Attorneys for Plaintiff
FRANK HAGLER

## ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: March 6, 2018

HON. JON S. TIGAR
United States District Court Judge