BALDWIN J. LEE (BAR NO. 187413)
ALEXANDER NESTOR (BAR NO. 202795)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com
        anestor@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

RICHARD A. HOYER (BAR NO. 151931)
SEAN D. MCHENRY (BAR NO. 284175)
HOYER & HICKS
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Phone: (415) 766-3539
Fax: (415) 276-1738

Attorneys for Plaintiff
FRANK HAGLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| FRANK HAGLER,<br><br>         Plaintiff,<br><br>   vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; DAWN FAILS, AND DOES 1-25,<br><br>         Defendants. | Case No. 3:17-cv-05770-JST<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[San Francisco County Superior Court Case No. CGC-17-561141] |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1077331/SF

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff Frank Hagler and Defendant Wells Fargo Bank, National Association jointly stipulate that the Complaint and all of Plaintiff's claims in this action be dismissed with prejudice, and each party to bear its own attorneys' fees and costs.

Dated: May 1, 2018

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Alexander Nestor
BALDWIN J. LEE
ALEXANDER NESTOR
Attorneys for Defendant
WELLS FARGO BANK, N.A.,

Dated: 4/17/18

HOYER & HICKS

By: [signature]
RICHARD A. HOYER
SEAN D. MCHENRY
Attorneys for Plaintiff
FRANK HAGLER

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1077331/SF

-1-

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE

# **ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: May 2, 2018

_____
Hon. John S. Tigar
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1077331/SF

-2-

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE